**Entered on Docket
August 10, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>BRYAN MORGAN<br><br>Debtor(s) | BK-03-13116 MKN<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $547.91 constituting an unclaimed dividend is declared due to BANK OF AMERICA CORPORATION.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

BANK OF AMERICA CORPORATION
%DILKS & KNOPIK LLC
P.O. BOX 2728
ISSAQUAH, WA 98027

###